United States District Court
Southern District of Texas
**ENTERED**
July 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| JOHN T. DUFF, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 6:18-CV-00032 |
| § | |
| SUNRISE CREDIT SERVICES, INC., § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 19th day of July, 2018.

_____
Kenneth M. Hoyt
United States District Judge