United States District Court
Southern District of Texas
**ENTERED**
November 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| JOHN T. DUFF,       §<br>                     §<br>    Plaintiff, §<br>VS.                  §<br>                     §<br>SUNRISE CREDIT SERVICES, INC., §<br>                     §<br>    Defendant.  § | CIVIL ACTION NO. 6:18-CV-00032 |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal voluntary pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed with prejudice.

It is so ORDERED.

SIGNED on this 16th day of November, 2018.

_____
Kenneth M. Hoyt
United States District Judge